UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X

Albert Ramos,

       Plaintiff,

   -against-

Brian Fischer, J. Benedict & Joe Ford,

       Defendants.  X
----------------------------------------- 

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10-24-12
```

11 Civ. 8664 (ALC) (AJP)

**ORDER ADOPTING**
**REPORT AND**
**RECOMMENDATION**

**ANDREW L. CARTER, JR., District Judge:**

Currently before the Court is the Report and Recommendation ("R & R") of United States Magistrate Judge Andre J. Peck recommending that Plaintiff's Complaint (filed on February 28, 2012) be dismissed without prejudice for failure to timely serve it pursuant to Fed. R. Civ. P. 4(m) Fed.R.Civ.P. 41(b) (Dkt. 12.) When no objection is made to a portion of a report and recommendation, the Court subjects that portion of the report and recommendation to only a clear error review. See Lewis v. Zon, 573 F.Supp.2d 804, 811 (S.D.N.Y.2008); Fed.R.Civ.P. 72 advisory committee's note (b). Despite having been notified of his right to file an Objection, none has been filed. I have reviewed the R & R for clear error, and fine none. Accordingly, I adopt the R & R for the reasons stated therein. The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated:  New York, New York
     October 24, 2012

               ANDREW L. CARTER, JR.
               United States District Judge